UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UFCW & EMPLOYERS BENEFIT TRUST FUND, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>PAHL & McCAY, et al.<br><br>    Defendants. | Case No. 4:14-cv-05120-PJH<br><br>**ORDER VACATING ACTION** |

The Court has reviewed the December 3, 2014 correspondence from all parties in the above-referenced action, and the Stipulation Regarding Pahl & McCay and Stephen D. Pahl's Motion to Withdraw Reference, filed in the underlying bankruptcy case, titled "UFCW & Employers Benefit Trust Fund, et al. v. Belli, et al.," Case No. 14-04150-CN-AP, and finds that this above-referenced action (the "Action") was improperly opened by the court in error.

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that this above-referenced Action is vacated and dismissed without prejudice to any rights of the parties herein.

GOOD CAUSE FURTHER APPEARING, to the extent the Bankruptcy Court has deemed this Action to be withdrawn, the Bankruptcy Court is instructed to void any actions in Adversary Proceeding, Case No. 14-04150 that could be deemed to be the withdrawal of the

1  reference for this Action. No withdrawal of the reference of this Action shall be deemed to have
2  occurred and the Bankruptcy Court shall continue to have jurisdiction over the Action unless
3  otherwise ordered by this Court.

Dated: __December 22____, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*